Circuit Court for Montgomery County
Case No. 468445V

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 7
September Term, 2019

ATTORNEY GRIEVANCE

COMMISSION OF MARYLAND

v.

GWYN CARA HOERAUF

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran

JJ.

PER CURIAM ORDER

Filed: April 24, 2020

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

ATTORNEY GRIEVANCE COMMISSION      *      **IN THE**
OF MARYLAND

            *      **COURT OF APPEALS**

**v.**             *      **OF MARYLAND**

**GWYN CARA HOERAUF**      *      **Misc. Docket AG No. 7**
                                                 **September Term, 2019**

## CORRECTED PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 24th day of April 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Gwyn Cara Hoerauf be, and she is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Gwyn Cara Hoerauf from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

**ORDERED** Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Gwyn Cara Hoerauf.

                                            /s/ Mary Ellen Barbera
                                                    Chief Judge